435 A.2d 1334

Commonwealth v. West, Appellant.

Submitted March 21, 1980. Gregory V. Smith, Assistant Public Defender, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

435 A.2d 1335

Commonwealth, Appellant v. Wood.

Argued September 9, 1980. Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellant; Charles F. Volz, Jr., for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

HOFFMAN, J., filed a memorandum concurring statement.